*Thursday, March 3, 1994*

## MISCELLANEOUS DISMISSALS

**94–471.** State ex rel. Caviness v. Cleveland City Council. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relator's motion to withdraw verified complaint for peremptory writ of mandamus and application for alternative writ of mandamus,

IT IS ORDERED by the court that the motion to withdraw be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that this cause be, and the same is hereby, dismissed.

*Monday, March 7, 1994*

## MISCELLANEOUS DISMISSALS

**93–2216.** Climer v. Clyde Evans Market, Inc. *Allen County*, No. 1–93–39. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Allen County to certify its record and as a claimed appeal as of right from said court. It appears from the records of this court that appellant has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 3, 1994.

**94–42.** In re Cox. *Stark County*, No. CA–9238. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Stark County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 3, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–246.** Veasey v. Keefe. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 3, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 9, 1994*

## MERIT DOCKET

**93–2357.** Hayes v. Jackson. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2535.** State ex rel. Sciulli v. Court of Appeals for Cuyahoga Cty. In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2565.** In re Complaint for Writ of Habeas Corpus for Harvey. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2600.** State ex rel. Jackson v. Columbiana Cty. Court. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.